1050

[No. 27466-7-III.   Division Three.   December 29, 2009.]

LYNN McCOY, *Appellant*, v. EASTMONT SCHOOL DISTRICT NO. 206, *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 05-2-00160-4, John Hotchkiss, J., entered September 15, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Korsmo, J.